UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER GOODROW,　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　Plaintiff,　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
v.　　　　　　　　　　　　　　　　　*　Civil Action No. 09-10870-JLT
　　　　　　　　　　　　　　　　　　*
BLACK AND DECKER CORPORATION, et al., *
　　　　　　　　　　　　　　　　　　*
　　　　　Defendants.　　　　　　　*
　　　　　　　　　　　　　　　　　　*

ORDER

February 15, 2011

TAURO, J.

After reviewing the Parties' submissions, this court hereby orders that:

1.　Defendants' Motion to Compel Plaintiff to Demonstrate How His Accident Occurred [#32] is ALLOWED.

2.　Plaintiff's Motion to Compel Defendants to Produce Miter Saw Accident Database [#36] is ALLOWED IN PART and DENIED IN PART. It is ALLOWED to the extent that Defendants are hereby ordered to produce the data that they identify in their Memorandum in Opposition [#38]. Specifically, Defendants must produce "all claims and lawsuits involving a DW705 miter saw and similar chop style miter saws (DW704, 3660, 3680, DW703, DW713 and DW715) and allegations of personal injury allegedly caused by inadvertent blade contact during operation of the saw, except those claims involving allegations of alleged blade detachment or alleged contact between the blade and the blade guard" and "the LSS Reports

related to those accidents."[1] The Motion to Compel is DENIED in all other respects.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] Defs.' Mem. Opp'n Pl.'s Mot. Compel Defs. Produce Miter Saw Accident Database, 3 [#38].